**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **REALITY KATS, LLC,**<br><br>    **Plaintiff,**<br><br>    vs.<br><br>**MIRSYL, INC.,** *et al.*,<br><br>    **Defendants.** | **Case No.: 20-CV-2271 YGR**<br><br>**ORDER OF REFERRAL TO DETERMINE WHETHER CASES ARE RELATED** |

Pursuant to Civil Local Rule 3-12(c), this case is hereby referred to the Honorable James Donato to consider whether it is related to *David P Lennon, Mirsyl, Inc. and Novato Development, LLC v. Reality Kats, LLC, Dennis Simpson and Qili Ye Simpson*, Civil Action No. 3:20-cv-02258-JD.

**IT IS SO ORDERED.**

June 22, 2020

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**